# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4133

_____

JAMES M. CORRIGAN,

Appellant,

v.

SERVISFIRST BANK, INC.,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

August 22, 2018

PER CURIAM.

AFFIRMED. *Equity Title, Inc. v. First Nat. Bank & Tr.*, 564 So. 2d 1182 (Fla. 1st DCA 1990).

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James M. Corrigan, pro se, Appellant.

Sarah S. Walton and Philip A. Bates of Philip A. Bates, P.A., Pensacola, for Appellee.